PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

FILED
JUN 20 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDRES RIVERA ESPINDOLA, <br><br> Defendant. | CASE NO. 1:17-MJ-00102 SAB <br><br> GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reasons.

The defendant has been arrested and is being prosecuted for murder in Tulare County by the District Attorney's Office.

Dated: June 19, 2017         PHILLIP A. TALBERT
                             United States Attorney

                        By:  /s/ KAREN A. ESCOBAR
                             KAREN A. ESCOBAR
                             Assistant United States Attorney

**ORDER**

IT IS SO ORDERED this 19 day of June, 2017.

_____
BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE

MOTION TO DISMISS AND PROPOSED ORDER